In the Matter of the Claim of HENRY KREGEL, Respondent, against GENERAL RAILWAY SIGNAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of HENRY McGUCKIN, Respondent, against Estate of GEORGE BAKER, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of THOMAS O'GARA, Respondent, against CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of CAROLINE SCHUK, Respondent, against KROEHLER MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no proof of dependency. Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur.

In the Matter of the Claim of ADAM D. BRUEN, Respondent, against REVENUE PROPERTIES, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of MINNIE MASS, Respondent, against MURRAY HILL HOTEL (BATES-BOWMAN CORPORATION) and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to